**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 137 MM 2020 |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY D. HILL, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the "Writ of Quo Warranto/Prohibition/Error" is DENIED.